NUMBERS 13-08-00046-CR, 


13-08-00047-CR, 13-08-00048-CR, & 13-08-00049-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


KATHERINE RODRIGUEZ, APPELLANT,


v.



THE STATE OF TEXAS, APPELLEE.

________________________________________________________


On Appeal from the 347th District Court 


of Nueces County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 In cause numbers 13-08-00046-CR and 13-08-00048-CR, appellant, Katherine
Rodriguez, attempts to appeal her convictions for forgery. In cause number 13-08-00047-CR, appellant attempts to appeal her conviction for tampering with a governmental record. 
In cause number 13-08-00049-CR, she attempts to appeal her conviction for fraudulent
use or possession of identifying information. In each of these cases, the trial court has
certified that "the defendant has waived the right of appeal." See Tex. R. App. P.
25.2(a)(2).

 On January 22, 2008, this Court notified appellant's counsel of the trial court's
certifications and ordered counsel to: (1) review the records; (2) determine whether
appellant has a right to appeal in these cases; and (3) forward to this Court, by letter,
counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise
this Court as to the existence of any amended certification.

 On February 6, 2008, counsel filed a letter brief with this Court. Counsel's response
does not establish: (1) that the certifications currently on file with this Court are incorrect,
or (2) that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, these appeals
are DISMISSED. Any pending motions are likewise DISMISSED.


 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 21st day of February, 2008.